RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for David Cristales-Machado

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00122-APG-NJK |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (First Request) |
| DAVID CRISTALES-MACHADO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for David Cristales-Machado, that the Preliminary Hearing currently scheduled on July 7, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than September 4, 2025.

This Stipulation is entered into for the following reasons:

1. The matter has been negotiated, and a change of plea and sentencing hearing has been set for September 4, 2025. The requested continuance will permit the change of plea hearing to be held.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the first request for a continuance of the preliminary hearing.

DATED this 8th day of May 2025.

RENE L. VALLADARES
Federal Public Defender

   */s/ Raquel Lazo*
By_____
RAQUEL LAZO
Assistant Federal Public Defender

SIGAL CHATTACH
United States Attorney

   */s/ Clay Plummer*
By_____
CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID CRISTALES-MACHADO,<br><br>　　　　Defendant. | Case No. 2:25-cr-00122-APG-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Monday, July 7, 2025 at 4:00 p.m. be vacated and continued to **September 8, 2025, at 4:00 p.m.**

　　DATED this 9th of May 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3